Leonard M. Shulman - Bar No. 126349
Ryan D. O'Dea - Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:     LShulman@shulmanbastian.com
           ROdea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**PHILLIP BARRY GREER,**<br><br>Debtor. | Case No. 8:18-bk-10203-TA<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AND COMPROMISE OF DISPUTES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 BETWEEN THE BANKRUPTCY ESTATE AND ARLENE BIDEN GREER**<br><br>Hearing:<br>Date:   October 31, 2023<br>Time:   11:00 a.m.<br>Place:  Courtroom 5B<br>        411 W. Fourth Street<br>        Santa Ana, CA<br>        [VIA ZOOM] |

**TO ARLENE C. BIDEN, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on October 31, 2023, at 11:00 a.m., a hearing will take place on the *Chapter 7 Trustee's Motion for Order Approving Settlement and Compromise of Disputes Under Federal Rule of Bankruptcy Procedure 9019 Between the Bankruptcy Estate and Arlene Biden Greer* (the "Motion") [Docket No. 90].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been scheduled based on the *Partial Opposition to Motion for Order Approving Settlement and Request for Hearing* filed by Arlene C. Biden [Docket No. 92].

                                              **SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: October 2, 2023               By:     */s/ Ryan D. O'Dea*
                                                          Leonard M. Shulman
                                                          Ryan D. O'Dea
                                                          Attorneys for Richard A. Marshack, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AND COMPROMISE OF DISPUTES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 BETWEEN THE BANKRUPTCY ESTATE AND ARLENE BIDEN GREER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 3, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Timothy C Aires**   tca@arlawyers.com, gperez@arlawyers.com
- **Peter Bach-y-Rita**   peter.bachyrita@gmail.com, peter.bachyrita@yahoo.com
- **James C Bastian**   jbastian@shulmanbastian.com
- **Arnold L Graff**   agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Nancy L Lee**   bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Judith E Marshack**   jmarshack@marshackhays.com, jmarshack@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Richard A Marshack (TR)**   pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Misty A Perry Isaacson**   misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Robert P Zahradka**   rzahradka@nationalfunding.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On October 3, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first

class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Arlene Biden
c/o Phillip Greer
19 Bridgeport Road
Newport Coast, CA 92657

Arlene C. Biden
c/o Phillip B. Greer Esq.
Law Offices of Phillip B. Greer
4000 MacArthur Blvd., Suite 600
Newport Beach, CA 92660

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 10/3/2023 | Lori Gauthier | /s/ Lori Gauthier |