Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:   (949) 340-3400
Facsimile:   (949) 340-3000
Email:         lshulman@shulmanbastian.com
                  rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

**NOV 02 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re** | Case No.: 8:18-bk-10203-TA |
| **PHILLIP BARRY GREER,** | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION APPROVING SETTLEMENT AND COMPROMISE OF DISPUTES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 BETWEEN THE BANKRUPTCY ESTATE AND ARLENE BIDEN GREER** |
| | **Hearing Date**:<br>DATE:   October 31, 2023<br>TIME:    11:00 a.m.<br>PLACE:  Courtroom 5B<br>              411 W. Fourth Street<br>              Santa Ana, CA 92701 |

The Chapter 7 Trustee's *Motion for Order Approving Settlement and Compromise of Disputes Under Federal Rule of Bankruptcy Procedure 9019 Between the Bankruptcy Estate and Arlene Biden Greer; Memorandum of Points and Authorities and Declaration of Ryan D. O'Dea in Support* (the "<u>Motion</u>") [Dkt. No. 90], came on for hearing on October 31, 2023, at 11:00 a.m., in Courtroom 5B of the United States Bankruptcy Court for the Central District of California, before Theodor Albert, United States Bankruptcy Judge. Appearances were made as noted on the record.

The Court having considered the Motion, the records, pleadings, and other documents on file in this case, and good cause appearing therefor, and for the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED** that:

(1)    The Motion is granted.

(2)    The Agreement, a copy of which is attached as Exhibit "1" to the Motion is hereby approved.

(3)    The Trustee is authorized to execute any necessary documents to carry out the provisions as contemplated by the Agreement.

### #

Date: November 2, 2023

Theodor C. Albert
United States Bankruptcy Judge