Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lshulman@shulmanbastian.com
    rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

**NOV 16 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re** | Case No.: 8:18-bk-10203-TA |
| **PHILLIP BARRY GREER,** | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AND COMPROMISE OF DISPUTES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 BETWEEN THE TRUSTEE AND CHRISS W. STREET** |

The Court having read and reviewed the Chapter 7 Trustee's *Motion for Order Approving Settlement and Compromise of Disputes Under Federal Rule of Bankruptcy Procedure 9019 Between the Trustee and Chriss W. Street; Memorandum of Points and Authorities and Declaration of Ryan D. O'Dea in Support* (the "Motion") [Dkt. No. 91], and it appearing from the Declaration That No Party Requested a Hearing on Motion filed on November 6, 2023 [Dkt. No. 99] that no objections have been filed and good cause having been shown,

**IT IS HEREBY ORDERED** that:

(1)    The Motion is granted.

(2) The Settlement Agreement, a copy of which is attached as Exhibit "1" to the Motion is hereby approved.

(3) The Trustee is authorized to execute any necessary documents to carry out the provisions as contemplated by the Settlement Agreement.

### 

Date: November 16, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge